UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEREMY SCOTT MERITHEW,

          Petitioner,

                                            Case No.  1:16-cv-909

v.

                                            HON. ROBERT HOLMES BELL

PAUL KLEE,

          Respondent.
_____/

## **ORDER**

In accordance with the opinion entered on this date:

**IT IS HEREBY ORDERED** that Petitioner's objection to the R&R (ECF No. 3)

is **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 2) is **APPROVED** and

**ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.  28

U.S.C. § 2253(c).  Reasonable jurists would not disagree with the Court's conclusion that

the petition is barred by the statute of limitations.  *See Slack v. McDaniel*, 529 U.S. 473,

483-84 (2000).


Dated: <u>November 28, 2016</u>                  /s/ Robert Holmes Bell_____
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE